UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MICHIGAN
FLINT DIVISION

| | |
|---|---|
| LINN ALEXANDER,<br><br>  Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No. 4:22-cv-12030-GCS-DRG |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, LINN ALEXANDER and Defendant, J.P. MORGAN CHASE BANK, N.A., hereby notify the Court the parties have reached a settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 30 days.

DATED: January 20, 2023

Respectfully submitted,

LINN ALEXANDER

By: */s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
630-575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Mohammed O. Badwan*